**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HOWARD COHAN | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 1:23-cv-6823 |
| v. | )<br>) Honorable Thomas M. Durkin |
| RAINFOREST CAFÉ, INC., a Minnesota corporation | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

**NOTICE OF SETTLEMENT IN PRINCIPLE**

Plaintiff hereby notifies the Court that the Parties have agreed in principle to settle the above-captioned matter. The Parties respectfully request that all upcoming deadlines and hearings, including Defendant's responsive pleading due by October 6, 2023, be adjourned *sine die* while Counsel for the Parties finalize a Settlement Agreement and Stipulation of Dismissal.

        Respectfully submitted,

        CASS LAW GROUP, P.C.

        /s/ Angela C. Spears
        Angela C. Spears (IL Bar #: 6327770)
        CASS LAW GROUP, P.C.
        20015 S. LaGrange Rd #1098
        Frankfort, IL 60423
        T: (833) 343-6743
        F: (855) 744-4419
        E: aspears@casslawgroup.com
        *Counsel for Plaintiff*

Dated: October 3 2023